UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEVIN WOODRUFF, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DE FACTO BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, et al., <br><br> Defendants. | Case No: 21-cv-06862-SBA <br><br> **JUDGMENT** |

In accordance with the Order Granting Motion to Dismiss Without Leave to Amend, and pursuant to Federal Rule of Civil Procedure 58, final judgment is entered in this action.

IT IS SO ORDERED.

Dated: 6/8/2022

*Saundra B Armstrong* RS
Richard Seeborg for Saundra B. Armstrong
United States District Judge